IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

IN RE: $96,000.00 IN INTERPLEADED FUNDS          CASE NO. 3:21-CV-3014

### ORDER

Now before the Court is the parties' Joint Motion for Dismissal with Prejudice (Doc. 28). They advise that they have settled all disputes between them and agree that the case should be dismissed with prejudice. They further agree to equally split the proceeds of an insurance policy that was deposited in the Registry of the Court at the beginning of this lawsuit. All interest accrued since then shall be split equally by the parties, and they will be responsible for their own costs and attorneys' fees.

The Court has considered the Joint Motion (Doc. 28) and finds that it should be, and hereby is, **GRANTED**.

**IT IS THEREFORE ORDERED** that the Clerk of Court evenly split the Registry funds, plus any interest that has accrued, between Ms. Nancy Hickmott and Ms. Katie Larkin. Ms. Hickmott's check is to be made payable to her and mailed to the following address:

Curtis L. Nebben
Bassett Law Firm LLP
PO Box 3618
Fayetteville, AR

Ms. Larkin's check is to be made payable to her and mailed to the following address:

Jeremy Friend
Attorney at Law
715 South Church St.
Mountain Home, AR 72653

**IT IS FURTHER ORDERED** that once the funds are distributed, the case shall be **DISMISSED WITH PREJUDICE** due to the parties' settlement, and the Clerk shall close the case.

**IT IS SO ORDERED** this 10th day of January, 2022.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE